Rel: August 29, 2025

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# ALABAMA COURT OF CIVIL APPEALS

## SPECIAL TERM, 2025

_____

### CL-2023-0615

_____

### W.C.M.

### v.

### M.P.

## Appeal from Baldwin Juvenile Court
## (JU-19-510.02)

<u>On Application for Rehearing</u>

EDWARDS, Judge.

APPLICATION OVERRULED.

Moore, P.J., and Hanson and Bowden, JJ., concur.

Fridy, J., dissents, with opinion.

FRIDY, Judge, dissenting.

I respectfully dissent from denial of the application for rehearing. I adhere to my view, as set forth in that portion of my dissent on original submission addressing the merits of W.C.M.'s arguments on appeal, that the evidence was sufficiently clear and convincing to support the juvenile court's judgment terminating W.C.M.'s parental rights. See W.C.M. v. M.P., [Ms. CL-2023-0615, July 19, 2024] ___ So. 3d ___, ___ (Ala. Civ. App. 2024) (Fridy, J., dissenting).